**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CURTIS L. CLEMONS,
BCJ # 4805584,**

       *Plaintiff,*

**v.**                                  **Case No.: 4:24cv448-MW/MAF**

**CAPTAIN MARTIN, et al.,**

       *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 48. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 48, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 42, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's action is **DISMISSED** for failure to exhaust administrative remedies." The Clerk shall close the file.

**SO ORDERED on June 1, 2026.**

                                **s/Mark E. Walker**
                                **United States District Judge**